UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

      -v-                              :     ORDER OF RESTITUTION

ANJUM SABAR,                          :     S1 16 Cr. 487 (KPF)

            Defendant.             :

- - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by its attorney, AUDREY STRAUSS, United States Attorney for the Southern District of New York, Elizabeth A. Espinosa and Matthew J.C. Hellman, Assistant United States Attorneys, of counsel; the presentence report; and the defendant's conviction in this case, it is hereby ORDERED that:

      1.  **Amount of Restitution.**  ANJUM SABAR shall pay restitution in the total amount of $113,420 to the victims of the offense charged in the Superseding Information, S2 16 Cr. 487 (KPF). The names, addresses and specific amounts owed to the victims shall be set forth in a Schedule of Victims, which shall be provided by the Government to the Court. Upon advice of a victim change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      2.  **Terms of Restitution.**  The defendant's liability for restitution shall continue unabated until either the defendant

has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his or her loss from all the restitution paid by the defendants. No further payment shall be required after the sum of the amounts actually paid by the defendants has fully covered all the compensable injuries. Any payment made by the defendant shall be divided among the victims named in proportion to their compensable injuries.

3. **Payment Schedule.** The defendant shall make restitution to victims payable to the Clerk of Court, United States District Court on the schedule entered in the Court's judgment.

4. **Change of Address.** The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
   March 29, 2021

SO ORDERED:

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE