Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 16-CR-487 (KPF)

Anjum Sabar

On March 19, 2021, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Anjum Sabar be discharged from supervised release.

Respectfully submitted,

by _____  
Hillel Greene  
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this   16th   day of   August   , 20 23 .

_____  
Honorable Katherine Polk Failla  
U.S. District Judge